BETTY LANSKY, as Guardian ad Litem of MILTON LANSKY, an Infant, et al., Appellants, v. ROBERT SEELEY et al., Respondents.

Argued January 10, 1950; decided March 2, 1950.

*David P. Siegel* for appellants.

*William F. Martin* and *Thomas H. Clearwater* for respondents.

*Per Curiam.* Judgment, insofar as it dismisses the complaint against the defendant, J. Eastman Sheehan, affirmed, with costs, upon the ground that plaintiff failed to make out a prima facie case as against him (*Kinsley* v. *Carravetta,* 244 App. Div. 213, 218, affd. 273 N. Y. 559). Judgments, insofar as they direct a verdict in favor of the defendant, Robert Seeley, and dismiss the

complaint as to him, reversed and a new trial granted, with costs to abide the event, upon the ground that the record presents questions of fact for the jury (*Henderson* v. *Crystal Aquatic Arena,* 298 N. Y. 519; *Cornbrooks* v. *Terminal Barber Shops,* 282 N. Y. 217; *Bernstein* v. *Greenfield,* 281 N. Y. 77).

As to defendant J. Eastman Sheehan: The judgment should be affirmed, with costs.

As to defendant Robert Seeley: The judgments should be reversed and a new trial granted, with costs to abide the event.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Judgment accordingly.